IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ENRIQUE ZAMORA SANCHEZ, | ) | No. C 06-7310 JSW (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| JAMES TILTON, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION, | ) | (Docket No. 15) |
| Respondent. | ) | |

Petitioner filed this petition for a writ of habeas corpus under 28 U.S.C. § 2254 which was transferred to this district from the United States District Court for the Eastern District of California on November 28, 2006. This Court initially dismissed the petition with leave to amend within thirty days (docket no. 6). In the Court's order, Petitioner was warned that failure to notify the Court of a change of address may result in dismissal of this action without prejudice.

On October 26, 2009, this Court ordered Respondent to show cause why the petition should not be granted (docket no. 13). Thereafter, the Court's order was returned with a notification that Petitioner was no longer incarcerated at the facility address he had provided to the Court and they were unable to forward the Court's order to him. More than 60 days have passed since the Court's order and Petitioner has not contacted the Court to provide a change of address.

A district court may sua sponte dismiss an action for failure to prosecute or to

1

comply with a court order pursuant to Federal Rule of Civil Procedure 41(b). *See Link v. Wabash R.R.*, 370 U.S. 626, 633 (1962); *McKeever v. Block*, 932 F.2d 795, 797 (9th Cir. 1991). Pursuant to Northern District Local Rule 3-11 an attorney or party proceeding pro se whose address changes while an action is pending must promptly file and serve upon all opposing parties a notice of change of address specifying the new address. *See* L.R. 3-11(a). The court may, without prejudice, dismiss a complaint or strike an answer when: (1) mail directed to the attorney or the pro se party by the court has been returned to the court as not deliverable, and (2) the court fails to receive within 60 days of this return a written communication from the attorney or pro se party indicating a current address. *See* L.R. 3-11(b); *see also Carey v. King*, 856 F.2d 1439, 1441 (9th Cir. 1988) (affirming dismissal with prejudice of pro se prisoner's complaint for failing to notify court of his change of address despite local rule providing that case be dismissed without prejudice because any lesser sanction would impose affirmative obligation for district courts to track down pro se prisoners).

Accordingly, Petitioner's action is hereby dismissed without prejudice for failure to prosecute and to comply with the local rules regarding changes of address. *See Link*, 370 U.S. at 633; *McKeever*, 932 F.2d at 797; *Carey*, 856 F.2d at 1441. The Clerk shall terminate any pending motions as moot, close the file and enter judgment in this matter.

IT IS SO ORDERED.

DATED: January 14, 2010

JEFFREY S. WHITE
United States District Judge

2

# UNITED STATES DISTRICT COURT

## FOR THE

## NORTHERN DISTRICT OF CALIFORNIA

ENRIQUE ZAMORA SANCHEZ,

    Plaintiff,

v.

JAMES TILTON et al,

    Defendant.

Case Number: CV06-07310 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 14, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Enrique Zamora Sanchez
El Centro Processing Center
A90-547-562
Prisoner ID V09866
1115 North Imperial Avenue
El Centro, CA 92243-1739

Dated: January 14, 2010

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk